**Order entered July 10, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-00772-CV

### DALLAS COUNTY HOSPITAL DISTRICT D/B/A PARKLAND HEALTH & HOSPITAL SYSTEM, Appellant

### V.

### ARNULFO ALEMAN, Appellee

**On Appeal from the 191st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-11-09339**

## ORDER

We **GRANT** appellant's July 9, 2013 motion for an extension of time to file a brief. We

**ORDER** the brief tendered to this Court by appellant on July 10, 2013 filed as of the date of this

order.

/s/      CAROLYN WRIGHT
            CHIEF JUSTICE